# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Michael Floyd Harris, Jr,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>Equifax Information Services LLC,<br><br>　　　　　Defendant(s). | 2:25-cv-00766-JCM-MDC<br><br>**ORDER DENYING IFP APPLICATION WITHOUT PREJUDICE** |

Pending before the Court is plaintiff's *Motion/Application to Proceed in Forma Pauperis* (ECF No. 2). Plaintiff appears to use a state court form instead of this court's required form. Pursuant to LSR 1-1, "[t]he application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities." The form can be found at: https://www.nvd.uscourts.gov/court-information/forms/ ("IFP Application"). Therefore, the Court will deny the IFP application without prejudice to give plaintiff an opportunity to use the Court's approved form. The Court defers screening the Complaint at this time.

**IT IS ORDERED** that the *Motion/Application to Proceed in Forma Pauperis* (ECF No. 2) is **DENIED WITHOUT PREJUDICE.**

DATED this 11th day of July 2025.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

## NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk

of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.